UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

CASE NO.: 1:17-cv-00722-AJ

ANDRES RAMON MELO,

      Plaintiff,

vs.

D'ANGELO, INC.,

      Defendant.
_____/

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

The Parties, pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., hereby stipulate to the voluntary dismissal of this action with prejudice, with each party to bear their own attorney's fees, litigation expenses and costs, except as agreed to by the Parties in the settlement agreement.

Dated this 19th day of June, 2018.

Respectfully Submitted,

| The Plaintiff,<br>By his attorneys, | The Defendant,<br>By its attorney, |
|---|---|
| /s/John F. Laderoute, Esq.<br>John F. Laderoute, Esq.<br>P.O. Box 101<br>Pelham, New Hampshire 03076<br>Telephone: (508) 243-8775<br>Facsimile: (603) 635-0490<br>E-mail: johnladeroute@comcast.net<br>New Hampshire Bar No.: 19930<br>Counsel for Plaintiff<br><br>/s/Edward N. Garno, Esq.<br>Edward N. Garno, Esq.<br>147 Central Street, Suite 213<br>Lowell, Massachusetts 01852<br>Telephone: (978) 397-2400<br>Facsimile: (978) 455-1817<br>E-mail: nedgarno@hotmail.com<br>Massachusetts Bar No.: 564378<br>Counsel for Plaintiff | /s/ Shelagh C. Michaud, Esq.<br>Shelagh C. Michaud, Esq.<br>E-mail: smichaud@nixonpeabody.com<br>New Hampshire Bar No.: 14786<br>Nixon Peabody LLP<br>Once Citizens Plaza, Suite 500<br>Providence, RI 02903<br>Telephone: (401) 454-1133<br>Facsimile: (844) 782-4480<br>Counsel for Defendant |

/s/Todd W. Shulby, Esq.
Todd W. Shulby, Esq.
Todd W. Shulby, P.A.
1792 Bell Tower Lane
Weston, Florida 33326
Telephone: (954) 530-2236
Facsimile: (954) 530-6628
E-mail: tshulby@shulbylaw.com
Florida Bar No.: 068365
Counsel for Plaintiff

CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on June 19, 2018, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Shelagh C. Michaud, Esq.

WE HEREBY CERTIFY that on June 19, 2018, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and will mail a copy of the foregoing and notice of electronic filing to the following non-CM/ECF participants: None.

By:   /s/Todd W. Shulby, Esq.
      For Todd W. Shulby, P.A.